UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-01-027 LKK

    Plaintiff,

  v.

DAVID GUIDRY,                     O R D E R

    Defendant.
_____/

    The court is in receipt of a pro per motion for new counsel. The motion is DENIED.

    IT IS SO ORDERED.

    DATED: February 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT