UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DAVID GUIDRY

        Defendant.

NO. CR. S-01-027 LKK

O R D E R

The court is in receipt of a motion which appears to be a request for new counsel. Upon review there appears to be no cognizable basis for the motion and it is DENIED.

IT IS SO ORDERED.

DATED: June 7, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1